Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov

Attorneys for Defendant

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLENDI CUMANI, M.D., and ROLAND SHEHU, | ) ) ) |
| Plaintiff, | ) ) ) |
| v. | ) Case No.: 23-CV-55-ABJ ) |
| CHRIS QUEEN, | ) ) ) |
| Defendant. | ) |

## ANSWER

Defendant Chris Queen, in his individual capacity, hereby answers the Amended Complaint for Money Damages and states as follows:

### PARTIES, JURISDICTION AND VENUE

1. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of paragraph 1 and, therefore, denies those allegations.

2-5. Defendant admits the allegations of paragraphs 2 through 5.

6. Defendant denies the allegations of paragraph 6.

## FACTS COMMON TO ALL CAUSE OF ACTION

7. Defendant admits the allegations of paragraph 7.

8. Defendant admits that plaintiffs had certain permits, but otherwise denies the allegations of paragraph 8.

9. Defendant admits that he began an investigation into the killing and waste of elk in violation of Wyoming law. Defendant denies the remaining allegations of paragraph 9.

10-12. Defendant denies the allegations of paragraphs 10 through 12.

13. Defendant admits that he submitted an Affidavit of Probable Cause to the office of the Park County Prosecuting Attorney, which speaks for itself. Defendant denies the remaining allegations of paragraph 13.

14. Defendant denies the allegations of paragraph 14.

15. Defendant admits the allegations of paragraph 15.

16. Defendant denies the allegations of paragraph 16.

17-18. Defendant admits the allegations of paragraphs 17 and 18.

19. Defendant admits that plaintiffs were acquitted. Defendant otherwise denies the allegations of paragraph 19.

20-25. Defendant denies the allegations of paragraphs 20 through 25.

## FIRST CLAIM FOR RELIEF:

## WRONGFUL ARREST AND PROSECUTION UNDER 42 U.S.C. § 1983

26. Defendant repeats and incorporates by this reference the responses set forth above.

27. Defendant admits the allegations of paragraph 27.

28. Defendant lacks sufficient knowledge or information to form a belief about the truth of the allegations of paragraph 28 and, therefore, denies those allegations.

2

29. Paragraph 29 states a conclusion of law to which no response is required. To the extent any factual allegations is made against defendant therein, it is denied.

30-36. Defendant denies the allegations of paragraphs 30 through 36.

### FIRST AFFIRMATIVE DEFENSE

The amended complaint does not state a claim upon which relief can be granted.

### SECOND AFFIRMATIVE DEFENSE

Plaintiffs' claims herein are barred by qualified immunity.

### THIRD AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by collateral estoppel.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred by a failure to mitigate damages, the existence of which is denied.

### FIFTH AFFIRMATIVE DEFENSE

Plaintiffs' alleged damages, the existence of which is denied, stem from the actions of third parties whom defendant did not control or events in which defendant was not involved.

DATED this 11th day of April, 2023.

/s/Timothy W. Miller
Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov

Attorneys for Defendant

## **CERTIFICATE OF SERVICE**

      I do hereby certify that on this 11th day of April, 2023, a true and correct copy of the foregoing **Answer** was served as indicated below:

Bradley L. Booke, Bar No. 5-1676        [✓] ECF
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 13160
Jackson, Wyoming 83002

                                        */s/Timothy W. Miller*
                                        Timothy W. Miller
                                        Senior Assistant Attorney General