Bradley L. Booke   #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 13160
Jackson, Wyoming 83002
702-241-1641
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Plaintiffs

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF WYOMING**

| | |
|---|---|
| **BLENDI CUMANI, M.D.** and **ROLAND SHEHU,**     Plaintiffs, v. **CHRIS QUEEN,**     Defendant. | Case No. 23-CV-55-ABJ |

**PROOFS OF SERVICE**

Please take notice that that attached Proofs of Service upon:

- Park County and Prosecuting Attorney
- Brian J. Peters
- Heath Worstell

are attached hereto and filed herewith.

DATED this 12th day of January, 2024.

/ / / / /

/ / / / /

      /s/ Bradley L. Booke
Bradley L. Booke
250 Veronica Lane, Suite 204
P.O. Box 13160
Jackson, Wyoming 83002
702-241-1631 (Telephone)
866-297-4863 (Facsimile)
brad.booke@lawbooke.com

Attorney for Plaintiffs

## CERTIFICATE OF SERVICE

I certify that I served the foregoing pleading this 12th day of January, 2024, to:

Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov
Attorneys for Defendant

      /s/ Bradley L. Booke

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 23-CV-55-ABJ

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Park County County and Prosecuting Attorney on *(date)* Jan. 7, 2024.

☒ I served the subpoena by delivering a copy to the named person as follows: Jada Hernandez, Secretary at the Park County Attorneys office located at 1002 Sheridan Ave, Cody WY 82414 on *(date)* Jan. 8, 2024 10:48 AM ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: 1/8/2024

*Samantha Garcia*
Server's signature

Samantha Garcia
Printed name and title

3008 Twin Creek Trail Ave, Cody WY 82414
Server's address

Additional information regarding attempted service, etc.:

AO 88A (Rev. 12/20) Subpoena to Testify at a Deposition in a Civil Action (Page 2)

Civil Action No. 23-CV-55-ABJ

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Brian J. Peters
on *(date)* Jan. 7, 2024.

☒ I served the subpoena by delivering a copy to the named individual as follows: Brian J. Peters, personally, by meeting him at the Park County Library located at 1500 Heart Mtn St, Cody WY 82414 on *(date)* Jan. 10, 2024 12:02 PM ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of
$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/10/24

*Samantha Garcia*
Server's signature

Samantha Garcia
Printed name and title

3008 Twin Creek Trl Ave, Cody WY 82414
Server's address

Additional information regarding attempted service, etc.:

Civil Action No. 23-CV-55-ABJ

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Heath Worstell
on *(date)* Jan. 7, 2024.

☒ I served the subpoena by delivering a copy to the named individual as follows: Heath Worstell, personally, by meeting him at the "Good to Go" located at 570 Main St., Ralston WY 82440
on *(date)* Jan 10, 2024 4:02 PM ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/10/2024

Samantha Garcia
*Server's signature*

Samantha Garcia
*Printed name and title*

3008 Twin Creek Trl Ave, Cody WY 82414
*Server's address*

Additional information regarding attempted service, etc.: