

State v. Cumani, Shehu, Viles
000099

EXHIBIT E