

State v. Cumani; Shehu, Viles
000100

EXHIBIT F