

State v. Cumani, Shehu, Viles
000101

EXHIBIT G