

State v. Cumani, Shehu, Viles
000081

EXHIBIT 1
CUMANI-SHEHU 0938