

State v. Cumani, Shehu, Viles
000087

EXHIBIT M