

State v. Cumani, Shehu, Viles
000058

EXHIBIT N