Bradley L. Booke   #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 13160
Jackson, Wyoming 83002
702-241-1641
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| BLENDI CUMANI, M.D. and ROLAND SHEHU, ) ) ) Plaintiffs, ) ) v. ) ) CHRIS QUEEN, ) ) Defendant. ) | Case No. 23-CV-55-ABJ |

## STIPULATED MOTION TO CONTINUE TRIAL AND PRETRIAL DATES

The parties, through counsel, at Plaintiffs' request, hereby stipulate and agree, subject to the Court's approval, to vacate the trial date of June 10, 2024 and pretrial deadlines associated therewith (Doc. 11, as amended by Doc. 24) and to reset the trial consistent with the Court's calendar on or after August 15, 2024, with corresponding pretrial deadlines. This request is made for the following reasons:

1.      Plaintiffs' counsel in this action is counsel for Hawks Hill Ranch, LLC, a (Cody) Wyoming limited liability company, et al. v. William Yarak, et al., Case No. 3:22-cv-1567, in the United States District Court for the Northern District of California, the Hon. Maxine M. Chesney presiding.  The case presents questions of first impression of trademark law.

2.  It was expected that Case No. 3:22-cv-1567 would be resolved on summary judgment at a hearing on April 5, 2024, but the case was not resolved and will now proceed to a jury trial beginning June 3, 2024.

3.  Case No. 3:22-cv-1567 will require at least five full trial days and the court's caseload and calendar allow for two full days and three half days for trial, as the result of which the jury trial will necessarily run into the week of June 10, 2024.

4.  For these reasons, at the conclusion of the April 5, 2024 hearing in Case No. 3:22-cv-1567, Plaintiffs' counsel herein contacted Defendant's counsel, explained the above circumstance, and requested a stipulation to continue the trial of this action.

5.  Defendant's counsel courteously agreed to Plaintiffs' counsel's request and asked that pretrial deadlines also be re-set, with which Plaintiffs' counsel agrees.

6.  Discovery is this case is complete, so this stipulated motion is not made to enable any further discovery or for any purpose of delay.

7.  Based on the foregoing, the parties agree and request that the June 10, 2024 trial date and corresponding pretrial deadlines be vacated and that trial be reset at the Court's first available date after August 15, 2024, together with adjustment of associated pretrial deadlines.

DATED this 6th day of April, 2024.

| | |
|---|---|
| /s/ Bradley L. Booke | /s/ Timothy W. Miller |
| Bradley L. Booke #5-1676 | Timothy W. Miller #5-2704 |
| 250 Veronica Lane, Suite 204 | Senior Assistant Attorney General |
| P.O. Box 13160 | Wyoming Attorney General's Office |
| Jackson, Wyoming 83002 | 109 State Capitol |
| 702-241-1631 (Telephone) | Cheyenne, Wyoming 82002 |
| 866-297-4863 (Facsimile) | (307) 777-5820 |
| brad.booke@lawbooke.com | (307) 777-8920 Facsimile |
| Attorney for Plaintiffs | tim.miller@wyo.gov |
| | Attorneys for Defendant |