Bradley L. Booke   #5-1676
LAW OFFICE OF BRADLEY L. BOOKE
P.O. Box 13160
Jackson, Wyoming 83002
702-241-1641
866-297-4863 Fax
brad.booke@lawbooke.com
Attorney for Plaintiffs

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF WYOMING

| | |
|---|---|
| **BLENDI CUMANI, M.D.** and **ROLAND SHEHU,** ) ) ) | |
| Plaintiffs, ) ) | Case No. 23-CV-55-ABJ |
| v. ) ) | |
| **CHRIS QUEEN,** ) ) | |
| Defendant. ) | |

**PLAINTIFFS' RESPONSE IN OPPOSITION TO DEFENDANT'S NOTICE OF *CLAIMED* VIOLATION OF ORDER ON DEFENDANT'S MOTION FOR SANCTIONS (DOC. NO 46)**

Plaintiffs, through counsel, respond as follows:

Plaintiffs *have* supplied—as listed in Doc. 16—all documents that exist and are within their possession, custody, and control, that are responsive to Defendants' discovery requests concerning lost wages and lost income.  (Please See Doc. 16).  These include W-2s and tax returns for both Dr. Cumani and Mr. Shehu, and a written statement from Dr. Cumani's employer.  There are no tangible documents relevant to reputation injury resulting from a wrongful criminal prosecution.

Further, as stated in open court on 4/15/24, Plaintiffs will supply any further documents that Defendant requests, once those documents are identified. Defendant has not identified what additional documents it seeks.

Plaintiffs have complied with discovery orders and have produced to Defendants the documents that prove their lost wage and income claims. Plaintiffs respectfully request that Defendant's motion be denied.

DATED this 25th day of April, 2024.

    /s/ Bradley L. Booke
Bradley L. Booke
250 Veronica Lane, Suite 204
P.O. Box 13160
Jackson, Wyoming 83002
702-241-1631 (Telephone)
866-297-4863 (Facsimile)
brad.booke@lawbooke.com

Attorney for Plaintiffs

Plaintiffs' Response in Opposition to Defendant's Notice Of *Claimed* Violation of Order on Defendant's Motion For Sanctions (Doc. No 46)

Page 2 of 3

CERTIFICATE OF SERVICE

I certify that I served the foregoing pleading this 25th day of April, 2024, to:

Timothy W. Miller, Bar No. 5-2704
Senior Assistant Attorney General
Prentice B. Olive, Bar No. 8-6691
Assistant Attorney General
Wyoming Attorney General's Office
109 State Capitol
Cheyenne, Wyoming 82002
(307) 777-5820
(307) 777-3608
(307) 777-8920 Facsimile
tim.miller@wyo.gov
prentice.olive@wyo.gov
Attorneys for Defendant

/s/ Bradley L. Booke

Plaintiffs' Response in Opposition to Defendant's Notice Of *Claimed* Violation of Order on Defendant's Motion For Sanctions (Doc. No 46)

Page 3 of 3