# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

10:44 am, 4/30/24

**Margaret Botkins**
**Clerk of Court**

Blendi Cumani MD, Roland Shehu

                         Plaintiffs,

vs.                                                   Case Number: 2:23-CV-00055-ABJ

Chris Queen

                         Defendant.

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only        ☑ This was a Telephonic Hearing

Date: 04/30/2024    Time: 9:58am - 10:29am    (Telephonic)

| Alan B. Johnson | Becky Harris | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Brad Booke

Attorney(s) for Defendant(s)    Tim Miller

Other:

The Court heard from Mr. Miller and Mr. Booke.
Defendant requests the Court enforce its order on the motion for sanctions as written.
Plaintiff disagrees and lists on the record those documents that have been produced.
It appears to the Court that Dr. Cumani and Mr. Shehu have not produced the documents that have been requested, and they have not denied that those documents exist or given any real excuse except that they have produced something else that is not responsive.
The Court will enter an order.