# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF WYOMING



**FILED**

2:52 pm, 7/19/24

**Margaret Botkins**
**Clerk of Court**

Blendi Cumani MD, Roland Shehu

Plaintiff,

vs.

Chris Queen

Defendant.

Case Number: 23-CV-55-ABJ

## CIVIL MINUTE SHEET STATUS CONFERENCE

☑ Status Conference Only

Date: 07/19/2024    Time: 2:33 - 2:43 PM

| Alan B. Johnson | Tina Ortiz | Melanie Sonntag | Jenna VonHofe |
|---|---|---|---|
| Judge | Clerk | Reporter | Law Clerk |

Attorney(s) for Plaintiff(s)    Bradley Booke

Attorney(s) for Defendant(s)    Prentice Olive, Timothy Miller

Other:

Hearing held via Zoom video conference.
The Court heard from Mr. Miller and Mr. Booke.
The current final pretrial conference set for August 9, 2024 and the trial set for August 26, 2024 will be vacated and reset. Final pretrial conference will be reset for Wednesday, September 25, 2024 at 1:30 p.m. and the Trial date will be reset for Monday, October 21, 2024 at 1:30 p.m. (5 days). Order to follow.